Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15172−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura A Mormile−Falk
  aka Laura A Mormile
  278 South Shore Drive
  Toms River, NJ 08753

Social Security No.:
  xxx−xx−0451

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2024.

Dated: February 9, 2024
JAN: mjb

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Laura A Mormile-Falk  
    Debtor

Case No. 22-15172-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 09, 2024      Form ID: plncf13      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Laura A Mormile-Falk, 278 South Shore Drive, Toms River, NJ 08753-2653 |
| 519647071 | + | CT Lien Solutions, PO Box 29071, Glendale, CA 91209-9071 |
| 519647073 | #+ | Nelson Diaz, Esq., Milstead & Associates, 1 E Stow Road, Marlton, NJ 08053-3118 |
| 519647075 | + | Sunsrun Service Transfer Associate, 225 Bush St #1400, San Francisco, CA 94104-4249 |
| 519648799 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519647076 | + | US Small Business Administration, National Disaster Loan Resolution Center, 200 W Santa Ana Blvd, Suite 180, Santa Ana, CA 92701-4134 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519647070 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:00:14 | Chase, PO Box 183222, Columbus, OH 43218-3222 |
| 519698640 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:00:06 | JPMorgan Chase Bank National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519647072 | + | Email/Text: CSCBNC@cscglobal.com | Feb 09 2024 20:54:00 | MySolar VII, LLC, n/k/a AES Distributed Energy, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 519688343 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 09 2024 20:54:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519647074 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2024 20:56:00 | Select Portfolio Servicing, Inc., Foreclosure Department, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 519701747 | + | Email/Text: ndlrc.legal@sba.gov | Feb 09 2024 20:54:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 09, 2024 | Form ID: plncf13 | Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian W. Hofmeister | on behalf of Debtor Laura A Mormile-Falk bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to Wachovia Bank, N.A., as Trustee, in trust for and for the be dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6