| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363 dcarlon@kmllawgroup.com<br>Attorney for: U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to Wachovia Bank, N.A., as Trustee, in trust for and for the benefit of the Certificate holders of Multi-Class Mortgage | Order Filed on October 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>22-15172 CMG</u><br><br>Chapter: <u>13</u><br><br>Judge: Christine M. Gravelle |
| In Re:<br> Laura A Mormile-Falk aka Laura A Mormile<br>Debtor | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 15, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:       Laura A Mormile-Falk aka Laura A Mormile
Case No.:     22-15172 CMG
Caption:      **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to Wachovia Bank, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of Multi-Class Mortgage Pass-Through Certificates Series 2005-2, holder of a mortgage on real property known as 278S Shore Dr, Dover Township, NJ, 08753, with the consent of Brian W. Hofmeister, Esq., counsel for the Debtor.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED and DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated:   9/27/2024

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated:   10/02/2024

*/s/ Brian W. Hofmeister with permission*
Brian W. Hofmeister, ESQ., ATTORNEY FOR DEBTOR